NUMBER 13-10-00567-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT
OF TEXAS

 

CORPUS CHRISTI - EDINBURG

                                                        
             

 

IN RE ENVASES DE
PLASTICO ZAPATA, S.A. DE C.V.

            
                                                         

 

On Petition for Writ
of Mandamus

                                            
                         

 

MEMORANDUM OPINION

 

Before Justices Yañez,
Garza, and Benavides

Memorandum Opinion Per
Curiam

 

Relator,
Envases de Plastico Zapata, S.A. de C.V., has filed a petition for writ of
mandamus with this Court alleging that respondent, the Honorable Rose Guerra
Reyna, presiding judge of the 206th Judicial District Court of Hidalgo County,
Texas, abused her discretion by rendering an order, dated September 30, 2010,
compelling relator to present certain witnesses for deposition in trial court
cause number C-2903-09-D.

On October 28, 2010, relator and real
parties in interest, Juan Manuel Juarez and Alma Mireya Juarez Ortiz,
individually and on behalf of the estate of David Abelardo Juarez, deceased,
jointly filed a motion to dismiss the petition because the “issues presented
for resolution in [the] petition are now moot.”

Having fully considered the motion and
other documents on file, this Court is of the opinion that the joint motion to
dismiss should be granted.  Accordingly, the motion is GRANTED and relator’s
petition for writ of mandamus is hereby DISMISSED.

 

                                                                                                PER
CURIAM

 

Delivered
and filed the

2nd
day of December, 2010.